IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                 Criminal Action No.
                                                 18-00354-03/04-CR-W-BCW

TYREE LARON WEST,
HOWARD TYRONE NEELY,

                Defendants.

_____

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Conspiracy to Distribute Controlled Substances; Conspiracy to Commit Money Laundering; Possession of Firearms in furtherance of Drug Trafficking; Felon in Possession of a Firearm and Ammunition

**TRIAL COUNSEL**:
        Government: Bruce Rhoades
            Case Agent:
        Defense:    Melanie Morgan for Tyree West,
                         Carl Cornwell for Howard Neely

Mr. Rhoades anticipates having one paralegal at the counsel table.
Ms. Morgan anticipates having one paralegal and one associate – who is expected to enter an appearance shortly – at the counsel table.
Mr. Cornwell does not anticipate having anyone besides his client with him at the counsel table.

**OUTSTANDING MOTIONS**:   None.

**ANTICIPATED MOTIONS**:   The Government is considering Motions in Limine regarding extrinsic evidence of other crimes/acts.

**TRIAL WITNESSES**:
        Government: 30 with stipulations; 58 without stipulations
        Defense:    3 witnesses for Defendant West, including Defendant, who may testify.
                      No witnesses anticipated for Defendant Neely, who will not testify.

**TRIAL EXHIBITS**:
        Government: Up to 100 exhibits, of which many are photos that may be offered/admitted in groups.
        Defense:    10 exhibits for Defendant West; none for Defendant Neely.

**DEFENSES**:
    ( X )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial              (   ) Possibly for trial
    (   ) Motion to continue to be filed     (   ) Likely a plea will be worked out
    Plea offers have been tendered and rejected, though they remain available for Defendants.

**TRIAL TIME**:    **5 days**
    Government's case including jury selection:    3.5 days
    Defense case: .5 days for Defendant West.
    Defendant Neely will not be presenting a case, but the overall estimate of trial time includes ample time for Mr. Cornwell to cross-examine witnesses.

**STIPULATIONS**:
    (   )    not likely
    (   )    not appropriate
    ( X )    likely as to:
           (   )    chain of custody
           (   )    chemist's reports
           ( X )    prior felony conviction
           (   )    interstate nexus of firearm
           (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    None anticipated.


**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: May 24, 2021
    Defense: May 24, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    May 26, 2021.
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:    May 24, 2021, with Responses in Opposition due June 1, 2021.


**TRIAL SETTING**: Criminal jury trial docket commencing Date
    **Please note**:   The Government prefers the second week of the docket due to the availability of case agents, but Mr. Rhoades reports that the Government can proceed on the first week of the docket.   Defense counsel has no scheduling conflicts or preferences.

**OTHER**:
- ( ) A _____-speaking interpreter is required.
- ( ) Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ *Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge